KATHERINE FUCHS, Appellant, *v.* HENRY W. BRODY, Respondent.

Submitted January 12, 1940; decided February 27, 1940.

*James Rosthal* and *Phillips S. Trenbath* for appellant.

*Walter G. Evans, William G. Walsh* and *Alexander Orr, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.